Commonwealth *v.* Thomas, Appellant.

Submitted March 19, 1973. *Robert B. Mozenter*, and *Marino & Mozenter*, for appellant; *Linda West Conley, James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant

District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.